[No. 11426-1-III. Division Three. December 1, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO MERCEDES VERDUZCO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-8-00116-3, Michael Schwab, J. Pro Tem., entered February 26, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11059-1-III. Division Three. December 1, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN DALE MATHIS, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 89-1-00059-0, Ted Kolbaba, J., entered August 20, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 11463-5-III. Division Three. December 1, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE D. BANFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-1-00020-3, Donald W. Schacht, J., entered February 15, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.